MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP
Thomas P. Krzeminski (Cal. Bar No. 213714)
tkrzeminski@mabr.com
David J. Williams (Cal. Bar No. 236919)
dwilliams@mabr.com
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:  949.202.1900
Facsimile:   949.453.1104

Attorneys for Plaintiff Germ Dome Industries LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERM DOME INDUSTRIES LLC,<br><br>　　　Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA,<br><br>　　　Defendant. | Case No.:  8:25-cv-2593<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

COMPLAINT

Plaintiff Germ Dome Industries LLC ("Germ Dome") brings this Complaint against Defendant Hyundai Motor America ("Hyundai"). Germ Dome alleges as follows:

## PARTIES

1. Plaintiff Germ Dome is a Michigan limited liability company with a principal place of business at 4033 Beach Dr., Orchard Lake, MI 48324. Germ Dome is the owner of United States patents relating to devices and methods for sanitizing an object or surface.

2. On information and belief, Hyundai is a corporation registered with the state of California and with a regular and established place of business at 10550 Talbert Ave, Fountain Valley, CA 92708. Hyundai manufactures vehicles with various features.

## JURISDICTION AND VENUE

3. This Court has original subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Hyundai consistent with the principles underlying the U.S. Constitution and at least California Code Civ. Pro. § 410.10. Hyundai is registered and incorporated in the state of California and more particularly, in this district. Hyundai is carrying on continuous and systematic business within the State of California.

5. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400 at least because Hyundai has a regular and established place of business in this District and has committed acts of infringement in this district.

## GERM DOME'S PATENT-IN-SUIT

6. United States Patent No. 12,296,061 ("the '061 Patent") issued on May 13, 2025 and is titled SYSTEM AND APPARATUS FOR SANITIZING A DOOR OPENING DEVICE OR OTHER POINT OF CONTACT. A true and correct copy of the '061 Patent is attached to this Complaint as Exhibit A.

7. The '061 Patent relates to a device for sanitizing an object. Generally, the device includes a housing that at least partially defines an interior cavity. The housing has a first end wall, a sidewall, and a second end wall opposite the first end wall. The second end wall at least partially

defines an opening into the interior cavity. At least one germicidal light source is inside the interior cavity.

8. Germ Dome is the lawful owner of all rights, title, and interest in and to the '061 Patent, possesses all rights of recovery under the '061 Patent, and has standing to sue for infringement of the '061 Patent. Rights in the '061 Patent were assigned to Germ Dome by virtue of an assignment executed on August 19, 2019. A true and correct copy of said assignment is attached to this Complaint as Exhibit B.

9. The '061 Patent is valid and enforceable.

**HYUNDAI'S INFRINGEMENT**

10. Hyundai offers a vehicle called the Hyundai Sante Fe, which includes a device for sanitizing an object, shown below:[1]



///

///

---

[1] Picture taken from Hyundai's Owner's Manual, retrieved on August 5, 2025, available at https://owners.hyundaiusa.com/content/dam/hyundai/us/myhyundai/manuals/glovebox-manual/2024/santa-fe/MX5a-2024-en_US-WEB-2C.pdf.

11. Hyundai makes, imports into the United States, offers for sale, sells, and/or uses in the United States the Sante Fe, which infringes at least claims 1 and 11 of the '061 Patent.

12. Attached to this Complaint as Exhibit C is a claim chart showing how the Sante Fe infringes claims of the '061 Patent.

13. In July 2025, Germ Dome notified Hyundai of its infringement of the '061 Patent by letter, a copy of which is attached as Exhibit D. The letter was delivered to Hyundai on July 15, 2025. No response was received. Hyundai continues to make, use, sell, offer for sale, and/or import the Santa Fe with sanitizing devices as of the date of filing this Complaint.

## COUNT I – PATENT INFRINGEMENT

## '061 PATENT

14. Germ Dome incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

15. Hyundai has been and is now infringing, literally and/or under the doctrine of equivalents, the '061 Patent in this District and elsewhere by making, using, offering for sale, importing, and/or selling the Sante Fe, which fall within the scope of at least one claim of the '061 Patent, without license or authorization, as shown in Exhibit C. These acts constitute infringement under at least 35 U.S.C. § 271(a).

16. Germ Dome has suffered, is suffering, and will continue to suffer injury and damages for which it is entitled to relief under 35 U.S.C. § 284 adequate to compensate it for Hyundai's infringement.

17. Hyundai's infringement of the '061 Patent is and has been willful. Hyundai has been on actual notice of the '061 Patent and its infringement of the '061 Patent as of at least July 15, 2025. Hyundai did not deny the infringement, or make any response at all. Yet, Hyundai continues to make, use, sell, offer for sale, and/or import the Santa Fe with sanitizing device as of the date of filing this Complaint. Therefore, Hyundai's actions constitute willful infringement of the '061 Patent.

/ / /

/ / /

18. As a direct and proximate consequence of the infringement, Germ Dome has been and is being harmed, and, unless Hyundai's infringing acts and practices are enjoined by the Court, will continue to be injured in its property rights.

19. On information and belief, Hyundai's infringement will continue unabated unless and until enjoined by this Court.

20. Germ Dome is entitled to injunctive relief from this Court under 35 U.S.C. § 283.

## PRAYER FOR RELIEF

Germ Dome asks this Court to enter judgment against Hyundai and its officers, agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

A. An adjudication that Hyundai has infringed one or more claims of the '061 Patent;

B. An adjudication that Hyundai's infringement of the '061 Patent is and has been willful;

C. The ascertainment of and award to Germ Dome of damages from the infringement of one or more claims of the '061 Patent, including treble damages, together with prejudgment and post-judgment interest and any other costs and expenses permitted by law, under 35 U.S.C. § 284;

D. A finding that this case is exceptional and the award of reasonable attorneys' fees, costs, and expenses in this action to Germ Dome under 35 U.S.C. § 285;

E. Permanently enjoining Hyundai from any further acts of infringement of Germ Dome's patent rights under 35 U.S.C. § 283; and

F. Awarding to Germ Dome such other and further relief as this Court may deem just and proper.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b) and Civil L.R. 3-6(a), Germ Dome hereby demands a trial by jury on all issues and claims so triable.

Dated: November 18, 2025

MASCHOFF BRENNAN
GILMORE ISRAELSEN & MAURIEL LLP

Thomas P. Krzeminski
David J. Williams

Attorneys for Plaintiff
Germ Dome Industries LLC